# New York's 529 College Savings PROGRAM

David A. Paterson, Governor
Thomas P. DiNapoli, State Comptroller

CONTACT US   FAQs   LOG OFF

TOURS | PROGRAM FEATURES | INVESTMENTS | FORMS | MY ACCOUNT

Profile Management

**New York's 529 College Savings Program *Direct Plan* Beneficiary:** Anne E Caragine
**Account Number:** 314595890-01

See All Accounts

Account Features:
- Account Balances
- Personal Performance
- Transaction History

Asset Management
- Allocation
- Contributions
- Automatic Investments
- Transfer to Another Beneficiary
- Withdrawals
- Manage Banks
- Payroll Deduction

Profile Management
- Account owner information
- Beneficiary Information
- Successor account owner information
- Interested Parties
- Authorized Agents

Account Maintenance
- E-mail address
- Password
- Security Question/Answer
- E-delivery

Statements & Confirmations
- Statements
- Confirmations
- Tax Forms

| Account owner | | | Edit Account Owner |
|---|---|---|---|
| Name | Patricia Caragine | | |
| Permanent address | 30 Hudson Watch Dr Ossining, NY 10562 | | |
| Mailing Address | 30 Hudson Watch Dr Ossining, NY 10562 | | |
| | | Birth Date | 03/15/1958 |
| Citizenship | United States | E-mail address | pcaragine@yahoo.com |
| Daytime phone | (845) 483-6736 | Evening phone | (914) 762-8729 |

| Beneficiary | | Edit Beneficiary |
|---|---|---|
| Name | Anne E Caragine | |
| Address | 30 Hudson Watch Dr Ossining, NY 10562 | |
| Daytime phone | (845) 483-6736 | |
| Evening phone | (914) 762-8729 | |
| Birth Date | 08/01/1989 | |
| Citizenship | United States | |

| Successor Owner | | Edit | Delete |
|---|---|---|
| Name | Anne E Caragine | |
| Birth Date | 08/01/1989 | |

# New York's 529 College Savings

David A. Paterson, Governor
Thomas P. DiNapoli, State Comptroller

CONTACT US   FAQs   LOG OFF

HOME   PROGRAM FEATURES   INVESTMENTS   FORMS   MY ACCOUNT

Account Overview

See All Accounts

Account Overview
- Account Balance
- Personal Performance
- Transaction History

Asset Management
- Allocations
- Contributions
- Automatic Investments
- Transfer to Another Beneficiary
- Withdrawals
- Manage Banks
- Payroll Deduction

Profile Management
- Account Owner Information
- Beneficiary Information
- Successor Account Owner Information
- Interested Parties
- Authorized Agents

Account Maintenance
- E-mail Address
- Password
- Security Question/Answer
- E-delivery

Statements/Confirmations
- Statements
- Confirmations
- Tax Forms

Accumulation Management

Accounts as of: 09/21/2009

**New York's 529 College Savings Program** *Direct Plan* **Beneficiary:** Anne E Caragine
**Account Number:** 314595890-01

**Account Balance**

Make a Contribution

| Name | Units | Price | Current Value |
|---|---|---|---|
| Interest Accumulation Portfolio | 2.3090 | $11.78 | $27.20 |

**Total Assets**   $27.20
  Principal  $81.62
  Earnings  -$54.42

**View your Account Balance as of** mm/dd/yyyy    Search results

**Annualized Personal Rate of Return**   Click here to view your returns

**Year-To-Date Contributions**
Totals are based on the contribution year indicated below in Transaction History and exclude rollover and transfer amounts.

2008   $1,881.62
2009   $3,900.00

**Transaction History**   Most Recent     Download Transactions

Done   ui.nys