GENOVA & MALIN
Hampton Business Center
1136 Route 9
Wappingers Falls, New York 12590
Tele: 845-298-1600
Fax: 845-298-1265


April 15, 2010


United States Bankruptcy Court
Southern District of New York, White Plains Division
300 Quarropas Street
White Plains, NY 10601

      Re:  Patricia Caragine
          Chapter 13, Case No. 09-23797(RDD)

Dear Sir or Madam:

     The debtor hereby designate the following as her Loss Mitigation Contact Person with regard to her second mortgage:

GENOVA & MALIN

By:  <u>Andrea B. Malin, Esq.</u>
Hampton Business Center
1136 Route 9
Wappingers Falls, New York 12590
Tele: 845-298-1600
Fax: 845-298-1265

     Thank you for your attention to this matter.

               Very truly yours,

               GENOVA & MALIN
               /s/ Andrea B. Malin
               ANDREA B. MALIN